[No. 75995-7-I.   Division One.   February 27, 2017.]

BECKY DEVELLE, *Appellant*, v. LANDON POPPLETON, *Respondent*.

Appeal from a judgment of the Superior Court for Clark County, No. 15-2-02252-4, Daniel L. Stahnke, J., entered December 11, 2015. *Affirmed* by unpublished opinion per Verellen, C.J., concurred in by Becker and Appelwick, JJ.

[No. 48029-8-II.   Division Two.   February 28, 2017.]

K.C. ET AL., *Respondents*, v. DONNA JOHNSON ET AL., *Petitioners*.

Appeal from a judgment of the Superior Court for Pierce County, No. 13-2-08534-3, Vicki L. Hogan, J., entered August 12, 2015. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Bjorgen, C.J., concurred in by Worswick and Melnick, JJ.

[No. 48143-0-II.   Division Two.   February 28, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. DANNY ALLEN WING, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 14-1-00634-3, Nelson E. Hunt, J., entered September 25, 2015. *Reversed* and *remanded* by unpublished opinion per Worswick, J., concurred in by Johanson and Sutton, JJ.

[No. 48289-4-II.   Division Two.   February 28, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. EARL ALVIN POLLEY, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 15-1-01256-0, Kathryn J. Nelson, J., entered November 6, 2015. *Affirmed* by unpublished opinion per Lee, J., concurred in by Maxa, A.C.J., and Melnick, J.